Robert BOGARD and George Willis v. STATE of Arkansas

RC 91-20                                        807 S.W.2d 468

Supreme Court of Arkansas
Opinion delivered April 29, 1991

*Clyde Lee*, for appellants.

No response.

PER CURIAM. Appellants, Robert Bogard and George Willis, by their attorney, have filed for a rule on the clerk.

Their attorney, Clyde E. Lee, admits that the failure to file the record in time was due to a mistake on his part.

We find that such an error, admittedly made by the

attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964. A copy of this opinion will be forwarded to the Committee on Professional Conduct.